# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 25TH JUDICIAL DISTRICT COURT OF GUADALUPE COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on February 4, 2015, the cause upon appeal to revise or reverse your judgment between

Elizabeth Weyel, Appellant

V.

James Hopson, and American Bank of Texas, NA f/k/a State Bank & Trust of Seguin, Appellee

No. 04-14-00085-CV and Tr. Ct. No. 12-1630-CV

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment in favor of appellee American Bank of Texas, NA f/k/a State Bank & Trust of Seguin is AFFIRMED. The trial court's summary judgment in favor of appellee James Hopson is REVERSED and the cause as to James Hopson is REMANDED to the trial court for further proceedings.**

**It is ordered that appellee American Bank of Texas, NA f/k/a State Bank & Trust of Seguin recover its costs of this appeal from appellant Elizabeth Weyel. It is further ordered that appellant Elizabeth Weyel and appellee James Hopson pay their own costs incurred as a result of this appeal.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on May 29, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

**BILL OF COSTS**

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00085-CV

**Elizabeth Weyel**

**v.**

**James Hopson, and American Bank of Texas, NA f/k/a State Bank & Trust of Seguin**

(NO. 12-1630-CV IN 25TH JUDICIAL DISTRICT COURT OF GUADALUPE COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $40.00 | E-PAID | JAYNEAL |
| MOTION FEE | $10.00 | E-PAID | AUSTIN MUCK |
| MOTION FEE | $10.00 | E-PAID | DAVID JOHNSON |
| MOTION FEE | $10.00 | E-PAID | JAAY NEAL |
| FILING | $100.00 | PAID | JAAY D. NEAL |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | JAAY D. NEAL |
| STATEWIDE EFILING FEE | $20.00 | PAID | JAAY D. NEAL |
| INDIGENT | $25.00 | PAID | JAAY D. NEAL |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this May 29, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853